IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary M. Edwards, an unmarried man,<br><br>Plaintiff,<br><br>vs.<br><br>American Bankers Insurance Company of Florida, a foreign corporation; John and Jane Does I-X; and Black and White Business Entities I-X,<br><br>Defendants. | No. 4:17-CV-00380-JAS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

BASED UPON the foregoing stipulation (Doc. 10), and good cause appearing therefor,

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, with each of the parties to bear their own attorneys' fees and costs.

Dated this 6th day of November, 2017.

_____
Honorable James A. Soto
United States District Judge